**Order entered October 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00409-CV**

**PEOPLE PRIORITY SOLUTIONS, LLC, Appellant**

**V.**

**MCILVEEN REAL ESTATE & MANAGEMENT, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02057**

**ORDER**

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to clarify whether it intended its May 3, 2021 order of dismissal for want of prosecution to be a final, appealable judgment. A supplemental clerk's record containing a copy of the trial court's modified order of dismissal for want of prosecution has been filed, and the modified order recites that the judgment is final, appealable, and disposes of all parties and claims. Accordingly, the trial court having rendered a final judgment and the appellate record having been filed, we **ORDER** appellant to file its brief no later than November 19, 2021.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE